# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4112

_____

James Kenneth Anderson,              \*

                                              \*

        Appellant,             \*

                                              \*   Appeal from the United States

     v.                           \*   District Court for the Western

                                              \*   District of Arkansas.

Judy C. Langley,               \*   [UNPUBLISHED]

                                              \*

        Appellee.              \*

_____

Submitted: April 14, 2003
Filed: May 12, 2003

_____

Before LOKEN, Chief Judge, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate James Kenneth Anderson appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action under 28 U.S.C. § 1915(e)(2)(B). We grant Anderson's motion to appeal in forma pauperis, and we leave to the district court the details of calculating the initial partial appellate filing fee, and the collection

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.

of the balance of the appellate filing fee in installments.  <u>See</u> <u>Henderson v. Norris</u>, 129 F.3d 481, 484-85 (8th Cir. 1997) (per curiam).

Having carefully reviewed the record, <u>see</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo standard of review), we summarily affirm the dismissal of the action.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.